**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                                                 Case Number: 1:08-cv-02530

DAVID KRAMER, individually, and as the President
and Sole Owner of CERTIFIED CAR SALES, LLC, a
Missouri Limited Liability Company

v.

SHERIFF'S DEPUTY STEVEN STELTER,
Individually and as a Deputy of the DuPage County
Sheriff's Office; JOHN P. CREEDON, Individually and
as Director of the Tri-County Auto Theft Unit;
MICHAEL J. COLANDO, deceased, individually and
as a member of PUGI KIA, LLC and as the President
and sole owner of D&M AUTO SALES, INC.;
DOMINIC L. PUGLIANO, Individually, and as a
member of PUGI KIA, LLC; LARRY M. HALL,
Individually and as a Manager of PUGI KIA, LLC;
ANTHONY J. COLANDO, JR, Individually and as a
Manager of PUGI KIA, LLC; ANTHONY J.
COLANDO, SR, not individually, but as named
executor in his capacity as executor of the estate of
MICHAEL J. COLANDO, deceased; DOMINIC
MANCINI, Individually, and as an attorney; PUGI,
KIA, LLC; D&M AUTO SALES, INC.; KIA
MOTORS AMERICA, INC.; VW CREDIT, INC.,

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS
ATTORNEY FOR:

Kia Motors America, Inc.

| NAME (Type or print) |
| --- |
| Roger H. Stetson |

| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
| --- |
| s/ Roger H. Stetson |

| FIRM   Barack Ferrazzano Kirschbaum & Nagelberg LLP |
| --- |

| STREET ADDRESS   200 West Madison Street, Suite 3900 |
| --- |

| CITY/STATE/ZIP   Chicago, Illinois 60606 |
| --- |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
| --- | --- |
| 6279862 | (312) 984-3100 |

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐ | NO ☑ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ☑ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐ | NO ☑ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☑ | NO ☐ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.    N/A

RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐