IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In the Matter of | Case Number: 1:08-cv-02530 |
| DAVID KRAMER, individually, and as the President and Sole Owner of CERTIFIED CAR SALES, LLC, a Missouri Limited Liability Company | |
| | Judge Ruben Castillo |
| v. | |
| SHERIFF'S DEPUTY STEVEN STELTER, Individually and as a Deputy of the DuPage County Sheriff's Office; JOHN P. CREEDON, Individually and as Director of the Tri-County Auto Theft Unit; MICHAEL J. COLANDO, deceased, individually and as a member of PUGI KIA, LLC and as the President and sole owner of D&M AUTO SALES, INC.; DOMINIC L. PUGLIANO, Individually, and as a member of PUGI KIA, LLC; LARRY M. HALL, Individually and as a Manager of PUGI KIA, LLC; ANTHONY J. COLANDO, JR, Individually and as a Manager of PUGI KIA, LLC; ANTHONY J. COLANDO, SR, not individually, but as named executor in his capacity as executor of the estate of MICHAEL J. COLANDO, deceased; DOMINIC MANCINI, Individually, and as an attorney; PUGI, KIA, LLC; D&M AUTO SALES, INC.; KIA MOTORS AMERICA, INC.; VW CREDIT, INC., | |

## NOTICE OF MOTION

To:  Stephen M. Komie
Komie & Associates
One North LaSalle Street, Suite 4200
Chicago, IL 60602

PLEASE TAKE NOTICE that on Tuesday, May 27, 2008 at 9:45 a.m., or as soon thereafter as counsel may be heard, we shall appear before the Honorable Ruben Castillo, in the room usually occupied by him (Room 2141), 219 South Dearborn Street, Chicago, Illinois and shall present **KIA MOTORS AMERICA, INC.'S MOTION FOR AN EXTENSION TO**

**FILE A RESPONSIVE PLEADING TO THE COMPLAINT,** Electronic Format, a copy of which is attached hereto and herewith served upon you at which time and place you may appear if you so see fit.

                                  Respectfully submitted,

                                  KIA MOTORS AMERICA, INC.


                              By:    <u>s/ Roger H. Stetson</u>
                                         One of its attorneys

Randall L. Oyler
Roger H. Stetson
BARACK FERRAZZANO KIRSCHBAUM
  & NAGELBERG LLP
200 West Madison Street, Suite 3900
Chicago, Illinois 60606
(312) 984-3100
(312) 984-3150 (Facsimile)

489911_1.DOC                               2

## CERTIFICATE OF SERVICE

I, Roger H. Stetson, an attorney, hereby certify that on this 20th day of May, 2008, service of a copy of the foregoing was accomplished pursuant to ECF as to Filing Users upon:

Stephen M. Komie
Komie & Associates
One North LaSalle Street, Suite 4200
Chicago, IL 60602
stephen_m_komie@komie-and-associates.com

s/ Roger H. Stetson