# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3
### Eastern Division

David Kramer, et al.

                Plaintiff,

v.                                   Case No.: 1:08−cv−02530
                                                       Honorable Ruben Castillo

Steven Stelter, et al.

                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, May 21, 2008:

      MINUTE entry before the Honorable Ruben Castillo:Defendant Kia Motors America, Inc.'s motion for an extension to file responsive pleading to the complaint [8] is granted. Defendant to answer or otherwise plead to the complaint on or before 6/18/2008. Motion hearing set for 5/27/2008 is vacated. All parties should file a joint status report by 6/26/2008. The Court will hold a status hearing in open court on 7/1/2008 at 10:00 AM.Mailed notice(rao, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.