IN THE
UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| DAVID KRAMER, Individually, and as the President and Sole Owner of CERTIFIED CAR SALES, LLC, a Missouri Limited Liability Company, | ) ) ) ) | |
| Plaintiffs, | ) | |
| v. | ) ) | Case No.  08 CV 2530 |
| SHERIFF'S DEPUTY STEVEN STELTER; Individually and as a Deputy of the DuPage County Sheriff's Office; JOHN P. CREEDON, Individually and as Director of the Tri-County Auto Theft Unit; MICHAEL J. COLANDO, deceased, Individually and as a member of PUGI  KIA, LLC and as the President and sole owner of D & M AUTO SALES, INC.; DOMINIC L. PUGLIANI, Individually, and as a member of PUGI KIA, LLC; LARRY M. HALL, Individually and as a Manager of PUGI KIA, LLC; ANTHONY J. COLANDO, Jr. Individually and as a Manager of PUGI KIA, LLC; ANTHONY J. COLANDO, Sr., not individually but as named executor in his capacity as executor of the estate of MICHAEL J. COLANDO, *deceased*; DOMINIC MANCINI, Individually and as an attorney; PUGI KIA, LLC; D & M AUTO SALES, INC.; KIA MOTORS AMERICA, INC.; VW CREDIT, INC., | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | Honorable Ruben Castillo District Judge  Honorable Arlander Keys Magistrate Judge |
| Defendants. | ) | |

## NOTICE OF MOTION

To:    Randall L. Oyler, Esq.
       Roger H. Stetson, Esq.
       Barack Ferrazzano Kirschbaum & Nagelberg, LLP
       200 West Madison Street, Suite 3900

Chicago, Illinois 60606
randall.oyler@bfkpn.com
roger.stetson@bfkn.com

On May 27, 2008 at 9:45 a.m. or as soon thereafter as counsel may be heard, I shall appear before the Honorable Ruben Castillo, District Judge or any judge sitting in his stead, or the judge sitting in his stead in Courtroom No. 2141 which is usually occupied by him in the Dirksen Federal Building, 219 South Dearborn Street, Chicago, Illinois, and shall then and there present the attached and request a hearing instanter as to the **Motion for Service of Process.**

/s/ Stephen M. Komie
Attorney for Plaintiffs
Komie and Associates
One North LaSalle Street, Suite 4200
Chicago, Illinois 60602
312/263-2800

## PROOF OF SERVICE

The undersigned, being first duly sworn, deposes and states that a true and correct copy of the attached Notice of Motion and Motion for Service of Process was served upon the below named party(ies) using the CM/ECF system on May 21, 2008:

Randall L. Oyler, Esq.
Roger H. Stetson, Esq.
Barack Ferrazzano Kirschbaum & Nagelberg, LLP
200 West Madison Street, Suite 3900
Chicago, Illinois 60606
randall.oyler@bfkpn.com
roger.stetson@bfkn.com

/s/ Stephen M. Komie