# EXHIBIT A

Case 1:08-cv-02530   Document 13   Filed 05/21/2008   Page 1 of 3

| | |
|---|---|
| STATE OF ILLINOIS | ) |
| | ) ss. |
| COUNTY OF COOK | ) |

## AFFIDAVIT

I, JEANNIE F. GALLUCCI, first being duly deposed and sworn, states the following:

1. That your affiant is of legal age, sound mind and under no legal disability.

2. That your affiant is an attorney licensed to practice law by the Supreme Court of Illinois.

3. That your affiant had a telephone conversation with Mr. Tony Ortalano, owner and operator of Paralegal Services.

4. That Mr. Ortalano informed your affiant that upon arriving at the Defendant's residence and attempting to serve the process authorized by law on Defendant Pugliani, a male at the residence came to the door, pulled out a gun, pointed it at an unarmed Paralegal Services employee, and said, "I'm not kidding." This act placed the process server in fear of his life causing him to turn and run without affecting service upon a man pointing a gun at him.

5. That Mr. Ortalano, owner and operator of Paralegal Services, refused to serve process of this court for the remaining defendants for fear of the safety of his employees.

6. That the foregoing motion accurate reflects the facts as were told to your affiant by Tony Ortalano.

5

7. Further, your affiant sayeth naught.

_____
JEANNIE F. GALLUCCI

Subscribed and Sworn to before
me this 21st day of May, 2008.

_____
NOTARY PUBLIC

```
OFFICIAL SEAL
C JOY NOGLY
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:10/30/09
```