U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                           Case Number: 08 CV 2530

DAVID KRAMER, Individually, and as the President and Sole
Owner of CERTIFIED CAR SALES, LLC., a Missouri Limited
Liability Company
            v.
SHERIFF'S DEPUTY STEVEN STELTER; et al.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

DOMINIC MANCINI,
LARRY M. HALL and
PUGI KIA, LLC.

| NAME (Type or print) |
| --- |
| DAVID L. KING |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
| s/ David L. King |
| FIRM |
| KELLY & KING, P.C. |
| STREET ADDRESS |
| 20 North Clark Street, Suite 2900 |
| CITY/STATE/ZIP |
| Chicago, Illinois 60602 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
| --- | --- |
| 3128899 | 312-553-5290 |

| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐ | NO ✓ |
| --- | --- | --- |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓ | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐ | NO ✓ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐