UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| DAVID KRAMER, Individually, and as the President and Sole Owner of CERTIFIED CAR SALES, LLC., a Missouri Limited Liability Company,<br>　　　　　　　　Plaintiff,<br>　　v.<br><br>SHERIFF'S DEPUTY STEVEN STELTER; Individually and as a Deputy of the DuPage County Sheriff's Office; JOHN P. CREEDON, Individually and as Director Of the Tri-County Auto Theft Unit; MICHAEL J. COLANDO, deceased, Individually and as a member of PUGI KIA, LLC and as the President and sole Owner of D & M AUTO SALES, INC.; DOMINIC L. PUGLIANI, Individually, and as a member of PUGI KIA, LLC; LARRY M. HALL, Individually and as a Manager of PUGI KIA, LLC; ANTHONY J. COLANDO, Jr., Individually and as a Manager of PUGI KIA, LLC; ANTHONY J. COLANDO, Sr., not individually but as named executor in his capacity as executor of the estate of MICHAEL J. COLANDO, *deceased*; DOMINIC MANCINI, Individually and as an attorney; PUGI KIA, LLC; D & M AUTO SALES, INC.; KIA MOTORS AMERICA, INC.; VW CREDIT, INC.,<br>　　　　　　　　Defendants. | Case No. 08 CV 2530<br><br>Judge Castillo<br>Magistrate Judge Keys |

## NOTICE OF MOTION

TO:　Stephen M. Komie
　　　KOMIE AND ASSOCIATES
　　　One North LaSalle Street, Suite 4200
　　　Chicago, Illinois 60602

PLEASE TAKE NOTICE that on the **4th day of June, 2008, at 9:45 a.m.**, or as soon thereafter as counsel may be heard, I shall appear before the **Honorable Ruben Castillo** or whomever may be sitting in his stead, in **Room 2141** in the U.S. District Court for the Northern District of Illinois, Eastern Division, 219 South Dearborn, Chicago, Illinois 60604, and shall then and there present the attached:

**DEFENDANTS LARRY HALL, DOMINIC MANCINI AND PUGI KIA, LLC'S MOTION FOR AN EXTENSION OF TIME TO ANSWER OR OTHERWISE PLEAD**

A copy of which is hereby served upon you.

s/ Paul E. Kelly
One of the Attorneys for Defendants
LARRY HALL, DOMINIC MANCINI and
PUGI KIA, LLC

Paul E. Kelly, ARDC No. 1437356
David L. King, ARDC No. 3128899
M. Kellett McConville, ARDC No. 6290167
KELLY & KING, P.C.
20 North Clark Street, Suite 2900
Chicago, Illinois 60602
312-553-5290
(Fax) 312-553-5291

**PROOF OF SERVICE**

I, Paul E. Kelly, attorney for Defendants Larry Hall, Dominic Mancini and Pugi Kia, LLC, certify that I have served a copy of the foregoing **NOTICE OF MOTION** to:

>Stephen M. Komie
>KOMIE AND ASSOCIATES
>One North LaSalle Street, Suite 4200
>Chicago, Illinois 60602

electronically on May 23, 2008 at or before 5:00 p.m.

>s/ Paul E. Kelly
>One of the Attorneys for Defendants
>LARRY HALL, DOMINIC MANCINI and
>PUGI KIA, LLC

Paul E. Kelly, ARDC No. 1437356
David L. King, ARDC No. 3128899
M. Kellett McConville, ARDC No. 6290167
KELLY & KING, P.C.
20 North Clark Street, Suite 2900
Chicago, Illinois 60602
312-553-5290
(Fax) 312-553-5291