**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.1.3**
**Eastern Division**

David Kramer, et al.
                    Plaintiff,

v.                                                  Case No.: 1:08−cv−02530
                                                    Honorable Ruben Castillo

Steven Stelter, et al.
                    Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, May 27, 2008:

    MINUTE entry before the Honorable Ruben Castillo:Motion hearing held on 5/27/2008. Plaintiff's motion for service of process by U.S. Marshal [11] is denied. Defendants' Larry Hall, Dominic Mancini and Pugi Kia, LLC's motions for an extension of time to answer or otherwise plead [20] [21] are granted. All defendants to answer or otherwise plead to the complaint on or before 6/30/2008. Parties' oral request to reset the status hearing is granted. Parties to file the joint status report on or before 7/17/2008. Status hearing reset to 7/22/2008 at 9:45 AM. Motion hearing set for 6/4/2008 and status hearing set for 7/1/2008 are vacated.Mailed notice(rao, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.