**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

---

In the Matter of                                                                 Case Number: 2008 CV 02530
Kramer at al
v.
Stelter at al.


AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Anthony J. Colando, Sr., not individually but as named executor in his capacity as executor of the Estate of Michael J. Colando, and D&M Auto Sales, Inc.


| NAME (Type or print) |
| --- |
| Justyna A. Ziolo |

| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
| --- |
| s/ Justyna A. Ziolo |

| FIRM |
| --- |
| JAMES J. ROCHE & ASSOCIATES |

| STREET ADDRESS |
| --- |
| 642 N. Dearborn Street |

| CITY/STATE/ZIP |
| --- |
| Chicago, Illinois 60610 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
| --- | --- |
| 6280391 | 312-335-0044 |

| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐ | NO ✓ |
| --- | --- | --- |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐ | NO ✓ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐ | NO ✓ |

| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. |
| --- |
| RETAINED COUNSEL ☐   APPOINTED COUNSEL ☐ |