In the Matter of                                      Case Number: 2008 CV 02530
Kramer at al
v.
Stelter at al.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Anthony J. Colando, Sr., not individually but as named executor in his capacity as executor of the Estate of Michael J. Colando,
and D&M Auto Sales, Inc.

| | |
|---|---|
| NAME (Type or print) <br> James J. Roche | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) <br> s/ James J. Roche | |
| FIRM <br> JAMES J. ROCHE & ASSOCIATES | |
| STREET ADDRESS <br> 642 N. Dearborn Street | |
| CITY/STATE/ZIP <br> Chicago, Illinois 60610 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) <br> 2359162 | TELEPHONE NUMBER <br> 312-335-0044 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓   NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐   NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓   NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓   NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. <br> RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐ | |