UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| DAVID KRAMER, Individually, and as the Presient and Sole Owner of CERTIFIED CAR SALES, LLC., a Missouri Limited Liability Company,<br>                Plaintiff,<br>v.<br><br>SHERIFF'S DEPUTY STEVEN STELTER; Individually and as a Deputy of the DuPage County Sheriff's Office; JOHN P. CREEDON, Individually and as Director of the Tri-County Auto Theft Unit; MICHAEL J. COLANDO, deceased, Individually and as a member of the PUGI KIA, LLC and as the President and sole owner of D&M AUTO SALES, INC.; DOMINIC A. PUGLIANI, Individually, and as a member of the PUGI KIA, LLC; LARRY M. HALL, Individually, and as a Manager of the PUGI KIA, LLC.; ANTHONY J. COLANDO, Jr., Individually, and as a Manager of the PUGI KIA, LLC; ANTHONY J. COLANDO, Sr., not individually, but as named executor in his capacity as executor of the estate of MICHAEL J. COLANDO, *deceased*; DOMINIC MANCINI, Individually and as an attorney; PUGI KIA, LLC; D & M AUTO SALES, INC.; KIA MOTORS AMERICA, INC.; VW CREDIT, INC.,<br><br>                Defendants. | Case No.  08 CV 2530<br><br>Judge Castillo<br>Magistrate Judge Keys |

**NOTICE OF MOTION**

To:    Stephen M. Komie
         KOMIE & ASSOCIATES
         One North LaSalle Street
         Suite 4200
         Chicago, Illinois 60602


      YOU ARE HEREBY NOTIFIED that on the11th day of June, 2008 at 9:45 a.m., or as soon thereafter as counsel may be heard, I shall appear before the Honorable Judge Castillo, or

any judge sitting in his stead, in the courtroom usually occupied by him, Room 2141 of the United States District Court for the Northern District of Illinois, Eastern Division, and then and there present the <u>Defendant ANTHONY J. COLANDO, SR., not individually but as named executor of the estate of MICHAEL J. COLANDO, and D & M AUTO SALES, INC's Motion for Extension of Time to Answer of Otherwise Plead</u>, a copy of which is attached and hereby served upon you.

                                              Respectfully submitted,
                                              JAMES J. ROCHE & ASSOCIATES

By:    <u>s/ Justyna A. Ziolo</u>
       One of the attorneys for ANTHONY J. COLANDO, SR., not individually but as named executor of the estate of MICHAEL J. COLANDO, and D & M AUTO SALES, INC.

James J. Roche # 2359162
Justyna A. Ziolo # 6280391
JAMES J. ROCHE & ASSOCIATES
642 N. Dearborn
Chicago, Illinois 60601
(312)335-0044
(312)335-9009 fax
jziolo@jjroche.net