U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| In the Matter of | Case Number: 1:08-cv-02530 |

DAVID KRAMER, individually, and as the President and Sole Owner of CERTIFIED CAR SALES, LLC, a Missouri Limited Liability Company

v.

SHERIFF'S DEPUTY STEVEN STELTER, Individually and as a Deputy of the DuPage County Sheriff's Office; JOHN P. CREEDON, Individually and as Director of the Tri-County Auto Theft Unit; MICHAEL J. COLANDO, deceased, individually and as a member of PUGI KIA, LLC and as the President and sole owner of D&M AUTO SALES, INC.; DOMINIC L. PUGLIANO, Individually, and as a member of PUGI KIA, LLC; LARRY M. HALL, Individually and as a Manager of PUGI KIA, LLC; ANTHONY J. COLANDO, JR, Individually and as a Manager of PUGI KIA, LLC; ANTHONY J. COLANDO, SR, not individually, but as named executor in his capacity as executor of the estate of MICHAEL J. COLANDO, deceased; DOMINIC MANCINI, Individually, and as an attorney; PUGI, KIA, LLC; D&M AUTO SALES, INC.; KIA MOTORS AMERICA, INC.; VW CREDIT, INC.,

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Kia Motors America, Inc.

| NAME (Type or print) |
|---|
| Brandon C. Prosansky |

| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
|---|
| s/ Brandon C. Prosansky |

| FIRM   Barack Ferrazzano Kirschbaum & Nagelberg LLP |
|---|

| STREET ADDRESS   200 West Madison Street, Suite 3900 |
|---|

| CITY/STATE/ZIP   Chicago, Illinois 60606 |
|---|

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| 6293582 | (312) 984-3100 |

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐ | NO ☑ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ☑ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐ | NO ☑ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐ | NO ☑ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.   N/A  RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐ | | |