UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3
Eastern Division

David Kramer, et al.
       Plaintiff,

v.               Case No.: 1:08−cv−02530
               Honorable Ruben Castillo

Steven Stelter, et al.
       Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, May 30, 2008:

  MINUTE entry before the Honorable Ruben Castillo:Defendants Anthony J. Colando, Sr. and DM Auto Sales Inc.'s motion for extension of time to answer or otherwise plead [29] is granted. All defendants will be given until 7/11/2008 to answer or otherwise plead to the complaint. The status report filing date of 7/17/2008 and status hearing set for 7/22/2008 at 9:45 a.m. will stand. Motion hearing set for 6/11/2008 is vacated.Mailed notice(rao, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.