# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                            Case Number: 08 CV 2530

David Kramer, Individually, and as the President and Sole Owner of Certified Car Sales, LLC, a Missouri Limited Liability Company v. Sheriff's Deputy Steven Stelter, Individually and as Deputy of the DuPage County Sheriff's Office; et al.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

DuPage County Sheriff's Deputy Steven Stelter

| NAME (Type or print) |
| --- |
| Paul F. Bruckner |

| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
| --- |
| s/ Paul F. Bruckner |

| FIRM |
| --- |
| DuPage County State's Attorney's Office |

| STREET ADDRESS |
| --- |
| 503 North County Farm Road |

| CITY/STATE/ZIP |
| --- |
| Wheaton, IL 60187 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
| --- | --- |
| 6206660 | 630-407-8200 |

| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓ | NO ☐ |
| --- | --- | --- |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓ | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓ | NO ☐ |

| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. |
| --- |
| RETAINED COUNSEL ☐      APPOINTED COUNSEL ☐ |