IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| DAVID KRAMER, Individually, and as the President and Sole Owner of CERTIFIED CAR SALES, LLC, a Missouri Limited Liability Company, | ) ) ) ) ) |
| Plaintiff, | ) Case No. 08 CV 2530 ) |
| v. | ) Honorable Ruben Castillo ) |
| SHERIFF'S DEPUTY STEVEN STELTER; Individually and as Deputy of the DuPage County Sheriff's Office; et al., | ) Magistrate Judge Arlander Keys ) ) ) ) |
| Defendants. | ) |

## NOTICE OF MOTION

**TO:** See attached service list

**YOU ARE HEREBY** notified that on the 22nd day of July, 2008, at 9:45 a.m., or as soon thereafter as counsel may be heard, I shall appear before the Honorable Ruben Castillo in Courtroom No. 2141, or any other judge as may be holding court in his absence, in the courtroom usually occupied by him in the U.S. District Court, Northern District of Illinois, Eastern Division, 219 S. Dearborn Street, Chicago, Illinois, and then and there present DEFENDANT STELTER'S MOTION TO DISMISS 'VERIFIED COMPLAINT AT LAW' PURSUANT TO RULE 12(b)(6) OF THE FEDERAL RULES OF CIVIL PROCEDURE at which time and place you may appear as you see fit to do.

JOSEPH E. BIRKETT                    By: s/ William R. Roberts
By: William R. Roberts, ASA              William R. Roberts
Attorney No.6275784                      Assistant State's Attorney
503 N. County Farm Road
Wheaton, Illinois 60187
(630)407-8200

### CERTIFICATE OF SERVICE

The undersigned being first duly sworn upon oath states that:
On the 8th day of July, 2008, I served a copy of DEFENDANT STELTER'S MOTION TO DISMISS 'VERIFIED COMPLAINT AT LAW' PURSUANT TO RULE 12(b)(6) OF THE FEDERAL RULES OF CIVIL PROCEDURE, according to Fed.R.Civ.P. 5(a,), by e-filing a copy to each of the above-referenced individuals.

JOSEPH E. BIRKETT                    By: s/ William R. Roberts
By: William R. Roberts, ASA              William R. Roberts
Attorney No.6275784                      Assistant State's Attorney
503 N. County Farm Road
Wheaton, Illinois 60187
(630)407-8200

*Kramer et al. v. Stelter et al.*
Case No. 08 cv-02530

## SERVICE LIST

Stephen M. Komie
Komie & Associates
One North LaSalle Street
Suite 4200
Chicago, IL 60602-5002
312-263-2800
Email: stephen_m_komie@komie-and-associates.com
(Lead Attorney for plaintiffs – David Kramer & Certified Car Sales, LLC)

Paul E. Kelly
Kelly & King, P.C.
20 North Clark Street
Suite 2900
Chicago, IL 60602
312-553-5290
312-553-5291(fax)
Email: pek@kellykinglaw.com
(Lead Attorney for defendants – Pugi Kia, LLC, Dominic L. Pugliani, Larry M. Hall & Dominic Mancini)

David Laurence King
Kelly & King, P.C.
20 North Clark Street
Suite 2900
Chicago, IL 60602
312-553-5290
312-553-5291(fax)
Email: dlk@kellykinglaw.com
(Attorney for defendants – Pugi Kia, LLC, Dominic L. Pugliani, Larry M. Hall & Dominic Mancini)

Michael Kellett McConville
Kelly & King, P.C.
20 North Clark Street
Suite 2900
Chicago, IL 60602
312-553-5290
312-553-5291(fax)
Email: mkm@kellykinglaw.com
(Attorney for defendants – Pugi Kia, LLC, Dominic L. Pugliani, Larry M. Hall & Dominic Mancini)

James J. Roche
James J. Roche and Associates
642 North Dearborn Street
Chicago, IL 60610
312-335-0044
Email: jroche@jjroche.net
(Lead Attorney for defendants D & M Auto Sales, Inc., Anthony J. Colando, Jr. and Anthony J. Colando, Sr.)

Justyna A. Ziolo
James J. Roche and Associates
642 North Dearborn Street
Chicago, IL 60610
312-335-0044
Email: jkolodziej@jjroche.net
(Attorney for defendants D & M Auto Sales, Inc., Anthony J. Colando, Jr. and Anthony J. Colando, Sr.)

Kelly Kathleen Kachmarik
James J. Roche and Associates
642 North Dearborn Street
Chicago, IL 60610
312-335-0044
Email: kmkachmarik@jjroche.net
(Attorney for defendants D & M Auto Sales, Inc., Anthony J. Colando, Jr. and Anthony J. Colando, Sr.)

Randall Lee Oyler
Barack, Ferrazzano, Kirschbaum, Perlman & Nagelberg
200 West Madison Street
Suite 3900
Chicago, IL 60606
312-984-3100
Email: randall.oyler@bfkpn.com
(Attorney for defendant Kia Motors America, Inc.)

Brandon C. Prosansky
Barone & Jenkins, PC
635 Butterfield Road
Suite 145
Oakbrook Terrace, IL 60181
630-472-0037
Email: Brandon.prosansky@bkfn.com
(Attorney for defendant Kia Motors America, Inc.)

Roger Hudson Stetson
Barack, Ferrazzano, Kirschbaum, Perlman & Nagelberg
200 West Madison Street
Suite 3900
Chicago, IL 60606
312-984-3100
Email: roger.stetson@bfkn.com
(Attorney for defendant Kia Motors America, Inc.)

Jeffrey Hoke Bergman
Ungaretti & Harris LLP
3500 Three First National Plaza
Chicago, IL 60602
312-977-4402
312-977-4405 (fax)
Email: jbergman@uhlaw.com
(Lead attorney for defendant VW Credit, Inc.)

Richard Scott Alsterda
Ungaretti & Harris LLP
3500 Three First National Plaza
Chicago, IL 60602
312-977-9203
Emai: rsalsterda@uhlaw.com
(Attorney for defendant VW Credit, Inc.)

William R. Roberts, Asst. State's Attorney
Paul F. Bruckner, Asst. State's Attorney
DuPage County State's Attorney's Office
503 N. County Farm Road
Wheaton, Illinois 60187
630-407-8200
(Attorneys for Steven Steltner)