IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| DAVID KRAMER, Individually, and as the President and Sole Owner of CERTIFIED CAR SALES, LLC, a Missouri Limited Liability Company,<br><br>              Plaintiff,<br><br>    v.<br><br>SHERIFF'S DEPUTY STEVEN STELTER, Individually and as a Deputy of the DuPage County Sheriff's Office; *et al.*,<br><br>              Defendants. | Case No. 08 C 2530<br>Judge Castillo<br>Magistrate Judge Keys |

**DEFENDANT VW CREDIT, INC.'S MOTION FOR
LEAVE TO FILE BRIEF IN EXCESS OF 15 PAGES**

    Defendant VW Credit, Inc. ("VWC"), by its attorneys, pursuant to Local Rule 7.1, respectfully moves this court for leave to file a Motion To Strike And Dismiss the claims made against it by Plaintiff David Kramer in his Verified Complaint At Law in excess of 15 pages.  In support of this motion, VWC states as follows:

    1.  Plaintiff's Verified Complaint at Law is 108 pages long, and contains 45 separate counts, each with its own *ad damnum.*

    2.  VWC wishes to bring a motion to strike and dismiss the claims against it pursuant to both Rule 8 and Rule 12(b)(6), Fed R. Civ. P.  Because of the length of the Complaint and the large number of different legal theories under which it brings claims, VWC was not able to limit its motion to 15 pages.  Instead, the Motion To Strike And Dismiss, which VWC is filing at the same time as the instant motion,

1182072-1

contains 19 pages of double-spaced text in 12 point Bookman Old Style font. Pursuant to Local Rule 7.1, it contains a table of contents and a table of cases.

WHEREFORE, Defendant VW Credit, Inc. moves this Court for an Order authorizing it to file its Motion To Strike And Dismiss in the form submitted on July 11, 2008.

Dated:  July 11, 2008                    Respectfully submitted,

                                         VW CREDIT, INC.

                                         By: /s/      Jeffrey H. Bergman

*Of Counsel:*
R. Scott Alsterda
Jeffrey H. Bergman
UNGARETTI & HARRIS LLP
3500 Three First National Plaza
Chicago, Illinois  60602
312-977-4400
312-977-4405 (Fax)

## CERTIFICATE OF SERVICE

      The undersigned attorney of record hereby certified that he caused a true and correct copy of the foregoing **DEFENDANT VW CREDIT, INC.'S MOTION FOR LEAVE TO FILE BRIEF IN EXCESS OF 15 PAGES** to be served, on July 11, 2008, by CM/ECF filing notification, on all counsel of record in this case.

                                              /s/ Jeffrey H. Bergman
                                                  Jeffrey H. Bergman