IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| DAVID KRAMER, Individually, and as the President and Sole Owner of CERTIFIED CAR SALES, LLC, a Missouri Limited Liability Company, ) ) ) ) ) | |
| Plaintiff, ) ) | |
| v. ) ) | Case No. 08 C 2530 |
| SHERIFF'S DEPUTY STEVEN STELTER, Individually and as a Deputy of the DuPage County Sheriff's Office; *et al.*, ) ) ) ) ) | Judge Castillo Magistrate Judge Keys |
| Defendants. ) | |

## NOTICE OF MOTIONS

TO ALL COUNSEL OF RECORD:

   Please take notice that on July 22, 2008, at 9:45 a.m., I shall appear before Hon. Ruben Castillo, or any other judge sitting in his place, at the United States District Court for the Northern District of Illinois, 219 South Dearborn Street, Chicago, Illinois, Room 2319, and there and then present Defendant VW Credit, Inc.'s 1) Motion to Strike and Dismiss Complaint; and 2) Motion for Leave to File Brief In Excess of 15 Pages.

Dated: July 11, 2008

                                              VW CREDIT, INC.

                                              By: /s/      Jeffrey H. Bergman

*Of Counsel:*
R. Scott Alsterda
Jeffrey H. Bergman
UNGARETTI & HARRIS LLP
3500 Three First National Plaza
Chicago, Illinois  60602
312-977-4400
312-977-4405 (Fax)


1182103-1

## **CERTIFICATE OF SERVICE**

     The undersigned attorney of record hereby certified that he caused a true and correct copy of the foregoing **NOTICE OF MOTIONS** to be served, on July 11, 2008, by CM/ECF filing notification, on all counsel of record in this case.

                                              /s/ Jeffrey H. Bergman
                                                  Jeffrey H. Bergman