UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| DAVID KRAMER, Individually, and as the ) <br> President and Sole Owner of CERTIFIED ) <br> CAR SALES, LLC., a Missouri Limited ) <br> Liability Company, ) <br>                               Plaintiff, ) <br> v. ) <br> ) <br> SHERIFF'S DEPUTY STEVEN STELTER;) <br> Individually and as a Deputy of the ) <br> DuPage County Sheriff's Office; JOHN P. ) <br> CREEDON, Individually and as Director ) <br> Of the Tri-County Auto Theft Unit; ) <br> MICHAEL J. COLANDO, deceased, ) <br> Individually and as a member of PUGI ) <br> KIA, LLC and as the President and sole ) <br> Owner of D & M AUTO SALES, INC.; ) <br> DOMINIC L. PUGLIANI, Individually, ) <br> and as a member of PUGI KIA, LLC; ) <br> LARRY M. HALL, Individually and as a ) <br> Manager of PUGI KIA, LLC; ANTHONY ) <br> J. COLANDO, Jr., Individually and as a ) <br> Manager of PUGI KIA, LLC; ANTHONY ) <br> J. COLANDO, Sr., not individually but as ) <br> named executor in his capacity as executor ) <br> of the estate of MICHAEL J. COLANDO, ) <br> *deceased*; DOMINIC MANCINI, ) <br> Individually and as an attorney; PUGI KIA, ) <br> LLC; D & M AUTO SALES, INC.; KIA ) <br> MOTORS AMERICA, INC.; ) <br> VW CREDIT, INC., ) <br>                              Defendants. ) | Case No. 08 CV 2530 <br><br> Judge Castillo <br> Magistrate Judge Keys |

## NOTICE OF MOTION

TO:    ALL COUNSEL OF RECORD

PLEASE TAKE NOTICE that on the July 22, 2008, at 9:45 a.m., or as soon thereafter as counsel may be heard, I shall appear before the **Honorable Ruben Castillo** or whomever may be sitting in his stead, in **Room 2141** in the U.S. District Court for the Northern District of Illinois, Eastern Division, 219 South Dearborn, Chicago, Illinois 60604, and shall then and there present the attached:

**DEFENDANTS LARRY HALL, DOMINIC MANCINI AND PUGI KIA, LLC'S MOTION TO DISMISS**

A copy of which is hereby served upon you.

s/ Paul E. Kelly
One of the Attorneys for Defendants
LARRY HALL, DOMINIC MANCINI and
PUGI KIA, LLC

Paul E. Kelly, ARDC No. 1437356
David L. King, ARDC No. 3128899
M. Kellett McConville, ARDC No. 6290167
KELLY & KING, P.C.
20 North Clark Street, Suite 2900
Chicago, Illinois 60602
312-553-5290
(Fax) 312-553-5291

## PROOF OF SERVICE

    I, Paul E. Kelly, attorney for Defendants Larry Hall, Dominic Mancini and Pugi Kia, LLC, certify that I have served a copy of the foregoing **NOTICE OF MOTION** to All Counsel of Record in this case electronically on July 11, 2008 at or before 5:00 p.m.

                                            s/ Paul E. Kelly
                                            One of the Attorneys for Defendants
                                            LARRY HALL, DOMINIC MANCINI and
                                            PUGI KIA, LLC

Paul E. Kelly, ARDC No. 1437356
David L. King, ARDC No. 3128899
M. Kellett McConville, ARDC No. 6290167
KELLY & KING, P.C.
20 North Clark Street, Suite 2900
Chicago, Illinois 60602
312-553-5290
(Fax) 312-553-5291