IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| DAVID KRAMER, individually, and as the President and Sole Owner of CERTIFIED CAR SALES, LLC, a Missouri Limited Liability Company, | |
| | Case No. 1:08-cv-02530 |
| v. | Judge Ruben Castillo |
| SHERIFF'S DEPUTY STEVEN STELTER, Individually and as a Deputy of the DuPage County Sheriff's Office; JOHN P. CREEDON, Individually and as Director of the Tri-County Auto Theft Unit; MICHAEL J. COLANDO, deceased, individually and as a member of PUGI KIA, LLC and as the President and sole owner of D&M AUTO SALES, INC.; DOMINIC L. PUGLIANI, Individually, and as a member of PUGI KIA, LLC; LARRY M. HALL, Individually and as a Manager of PUGI KIA, LLC; ANTHONY J. COLANDO, JR, Individually and as a Manager of PUGI KIA, LLC; ANTHONY J. COLANDO, SR, not individually, but as named executor in his capacity as executor of the estate of MICHAEL J. COLANDO, deceased; DOMINIC MANCINI, Individually, and as an attorney; PUGI, KIA, LLC; D&M AUTO SALES, INC.; KIA MOTORS AMERICA, INC.; VW CREDIT, INC. | Magistrate Judge Arlander Keys |

To:   See Attached Service List

## NOTICE OF MOTION

Please take notice that on July 22, 2008 at 9:45 a.m., we shall appear before the Honorable Ruben Castillo or any judge sitting in his stead, in Courtroom 2141 in the U.S. District Court, Northern District of Illinois, Eastern Division, 219 South Dearborn Street, Chicago, Illinois, and then and there present Defendant Kia Motors America, Inc.'s Motion to Dismiss.

Date: July 11, 2008

                                      Respectfully submitted,

                                      KIA MOTORS AMERICA, INC.

                            By: /s/ Randall L. Oyler
                                    Randall L. Oyler
                                    Roger H. Stetson
                                    Brandon C. Prosansky
                                    Barack Ferrazzano Kirschbaum &
                                      Nagelberg LLP
                                    200 West Madison Street
                                    Suite 3900
                                    Chicago, Illinois 60606
                                    (312) 984-3100
                                    (312) 984-3150 (facsimile)

500858_1.DOC

## CERTIFICATE OF SERVICE

I, Randall L. Oyler, an attorney, hereby certify that I caused a copy of the foregoing Notice of Motion to be served upon the following:

> Stephen M. Komie
> Komie & Associates
> One North LaSalle Street
> Suite 4200
> Chicago, Illinois 60602-5002
> (Attorney for plaintiffs – David Kramer and
> Certified Car Sales, LLC)

> Paul E. Kelly
> David L. King
> Michael K. McConville
> Kelly & King, P.C.
> 20 North Clark Street
> Suite 2900
> Chicago, Illinois 60602
> (Attorneys for defendants – Pugi Kia, LLC,
> Dominic L. Pugliano, Larry M. Hall and
> Dominic Mancini)

> James J. Roche
> Justyna A. Ziolo
> Kelly K. Kachmarik
> James J. Roche and Associates
> 642 North Dearborn Street
> Chicago, Illinois 60610
> (Attorneys for defendants – D&M Auto Sales, Inc.,
> Anthony J. Colando, Jr., and Anthony J. Colando, Sr.

> Jeffrey H. Bergman
> Richard S. Alsterda
> Ungaretti & Harris LLP
> 3500 Three First National Plaza
> Chicago, Illinois 60602
> (Attorneys for defendant – VW Credit, Inc.)

> William R. Roberts, Assistant State's Attorney
> Paul F. Bruckner, Assistant State's Attorney
> DuPage County State's Attorney's Office
> 503 North County Farm Road
> Wheaton, Illinois 60187
> (Attorneys for defendant – Steven Stelter)

by e-filing a copy to each of the above referenced individuals.

/s/ Randall L. Oyler
Randall L. Oyler

500858_1.DOC