UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| DAVID KRAMER, Individually, and as the President and Sole Owner of CERTIFIED CAR SALES, LLC, a Missouri Limited Liability Company, ) ) ) ) ) ) Plaintiff, ) v. ) ) SHERIFF'S DEPUTY STEVEN STELTER; ) Individually and as Deputy ) of the DuPage County Sheriff's Office; ) et al., ) Defendants. ) | Case No. 08 CV 2530 Honorable Ruben Castillo Magistrate Judge Arlander Keys |

### DEFENDANT STELTER'S MOTION FOR LEAVE TO FILE STATEMENT OF COMPLIANCE

**NOW COMES** DuPage County Sheriff's Deputy STEVEN STELTER (hereinafter 'Stelter'), by and through his attorney, JOSEPH E. BIRKETT, DuPage County State's Attorney, and his Assistants Paul F. Bruckner and William R. Roberts, and respectfully moves this Court for leave to file his 'Statement of Compliance' consistent with Judge Ruben Castillo's Case Management Procedures' and in support thereof states as follows:

Stelter, by and through his attorney, William R. Roberts, Assistant State's Attorney, DuPage County, (hereinafter Roberts) filed his Motion to Dismiss 'Verified Complaint at Law' Pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure on July 8, 2008. Said motion, including four (4) exhibits, articulates the legal and factual grounds upon which Stelter contends Plaintiff's 'Verified Complaint at Law' should be dismissed. Stelter's motion was served upon the plaintiff through his attorney, Steven M. Komie (hereinafter Komie).

Roberts inadvertently failed to contact Komie prior to filing said Motion to Dismiss in an attempt to resolve issues relating to said motion. On July 14, 2008, Roberts called Komie's office and left a message regarding an attempt to resolve matters before the initial status hearing. As of

July 17, 2008, the telephone call had not been returned. On July 15, 2008, DuPage County State's Attorney's Office staff was unsuccessful in attempting to obtain the telefacsimile number for Komie's office in order that a letter summarizing the legal and factual grounds for the motion could be transmitted. Attempts to electronically mail said letter were equally unsuccessful. On July 16, 2008, Roberts sent a letter summarizing the legal and factual grounds for the motion to Komie via 'certified mail'.

Stelter, by and through his attorney, William R. Roberts, Assistant State's Attorney, DuPage County, has made a good faith effort to resolve matters before the initial status hearing and, as such, seeks to file his Statement of Compliance. (Attached hereto as Exhibit 1).

**WHEREFORE**, based on the foregoing, Steven Stelter, by and through his attorney, JOSEPH E. BIRKETT, DuPage County State's Attorney, and his Assistants Paul F. Bruckner and William R. Roberts, and respectfully moves this Court for leave to file his 'Statement of Compliance'.

Respectfully submitted,

By: *s/William R. Roberts*
William R. Roberts
Assistant State's Attorney

JOSEPH E. BIRKETT
DuPage County State's Attorney
By: Paul F. Bruckner, Assistant State's Attorney
Attorney No. 6206660
By: William R. Roberts, Assistant State's Attorney
Attorney No. 6275784
503 N. County Farm Road
Wheaton, Illinois 60187
630/407-8200

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| DAVID KRAMER, Individually, and as the President and Sole Owner of CERTIFIED CAR SALES, LLC, a Missouri Limited Liability Company, </br></br>　　　　　　Plaintiff, </br></br>v. </br></br>SHERIFF'S DEPUTY STEVEN STELTER; Individually and as Deputy of the DuPage County Sheriff's Office; et al., </br>　　　　　　Defendants. | Case No. 08 CV 2530 </br></br>Honorable Ruben Castillo </br></br>Magistrate Judge Arlander Keys |

**STATEMENT OF COMPLIANCE**

　　Defendant Stelter, by and through his attorney, William R. Roberts, Assistant State's Attorney, DuPage County, (hereinafter Roberts) filed his Motion to Dismiss 'Verified Complaint at Law' Pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure on July 8, 2008. Said motion, including four (4) exhibits, articulates the legal and factual grounds upon which Stelter contends Plaintiff's 'Verified Complaint at Law' should be dismissed. Stelter's motion was served upon the plaintiff through his attorney, Steven M. Komie (hereinafter Komie).

　　Roberts inadvertently failed to contact Komie prior to filing said Motion to Dismiss in an attempt to resolve issues relating to said motion. On July 14, 2008, Roberts called Komie's office and left a message regarding an attempt to resolve matters before the initial status hearing. As of July 17, 2008, the telephone call had not been returned. On July 15, 2008, DuPage County State's Attorney's Office staff was unsuccessful in attempting to obtain the telefacsimile number for Komie's office in order that a letter summarizing the legal and factual grounds for the motion could be transmitted. Attempts to electronically mail said letter were equally unsuccessful. On July 16, 2008, Roberts sent a letter summarizing the legal and factual grounds for the motion to Komie via 'certified mail'.

　　Stelter, by and through his attorney, William R. Roberts, Assistant State's Attorney, DuPage County, has made a good faith effort to resolve matters before the initial status hearing.

　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　By: s/*William R. Roberts*
　　　　　　　　　　　　　　　　　　　　　　William R. Roberts
　　　　　　　　　　　　　　　　　　　　　　Assistant State's Attorney


EXHIBIT 1

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| DAVID KRAMER, Individually, and as the President and Sole Owner of CERTIFIED CAR SALES, LLC, a Missouri Limited Liability Company, )<br><br>　　　　　　Plaintiff, )<br>v. )<br><br>SHERIFF'S DEPUTY STEVEN STELTER; Individually and as Deputy of the DuPage County Sheriff's Office; et al., )<br>　　　　　　Defendants. ) | Case No. 08 CV 2530<br><br>Honorable Ruben Castillo<br><br>Magistrate Judge Arlander Keys |

CERTIFICATE OF SERVICE

To:  See attached service list

　　　The undersigned being first duly sworn upon oath states that:
　　　On the 17TH day of July, 2008, I served a copy of DEFENDANT STELTER'S MOTION FOR LEAVE TO FILE STATEMENT OF COMPLIANCE, according to Fed.R.Civ.P. 5(a,), by e-filing a copy to each of the above-referenced individuals.


JOSEPH E. BIRKETT　　　　　　　　　　　　By:  s/ William R. Roberts
By: William R. Roberts, ASA　　　　　　　　　　 William R. Roberts
Attorney No.6275784　　　　　　　　　　　　 Assistant State's Attorney
503 N. County Farm Road
Wheaton, Illinois  60187
(630)407-8200

*Kramer et al. v. Stelter et al.*
Case No. 08 cv-02530

## SERVICE LIST

Stephen M. Komie
Komie & Associates
One North LaSalle Street
Suite 4200
Chicago, IL 60602-5002
312-263-2800
Email: stephen_m_komie@komie-and-associates.com
(Lead Attorney for plaintiffs – David Kramer & Certified Car Sales, LLC)

Paul E. Kelly
Kelly & King, P.C.
20 North Clark Street
Suite 2900
Chicago, IL 60602
312-553-5290
312-553-5291(fax)
Email: pek@kellykinglaw.com
(Lead Attorney for defendants – Pugi Kia, LLC, Dominic L. Pugliani, Larry M. Hall & Dominic Mancini)

David Laurence King
Kelly & King, P.C.
20 North Clark Street
Suite 2900
Chicago, IL 60602
312-553-5290
312-553-5291(fax)
Email: dlk@kellykinglaw.com
(Attorney for defendants – Pugi Kia, LLC, Dominic L. Pugliani, Larry M. Hall & Dominic Mancini)

Michael Kellett McConville
Kelly & King, P.C.
20 North Clark Street
Suite 2900
Chicago, IL 60602
312-553-5290
312-553-5291(fax)
Email: mkm@kellykinglaw.com
(Attorney for defendants – Pugi Kia, LLC, Dominic L. Pugliani, Larry M. Hall & Dominic Mancini)

James J. Roche
James J. Roche and Associates
642 North Dearborn Street
Chicago, IL 60610
312-335-0044
Email: jroche@jjroche.net
(Lead Attorney for defendants D & M Auto Sales, Inc., Anthony J. Colando, Jr. and Anthony J. Colando, Sr.)

Justyna A. Ziolo
James J. Roche and Associates
642 North Dearborn Street
Chicago, IL 60610
312-335-0044
Email: jkolodziej@jjroche.net
(Attorney for defendants D & M Auto Sales, Inc., Anthony J. Colando, Jr. and Anthony J. Colando, Sr.)

Kelly Kathleen Kachmarik
James J. Roche and Associates
642 North Dearborn Street
Chicago, IL 60610
312-335-0044
Email: kmkachmarik@jjroche.net
(Attorney for defendants D & M Auto Sales, Inc., Anthony J. Colando, Jr. and Anthony J. Colando, Sr.)

Randall Lee Oyler
Barack, Ferrazzano, Kirschbaum, Perlman & Nagelberg
200 West Madison Street
Suite 3900
Chicago, IL 60606
312-984-3100
Email: randall.oyler@bfkpn.com
(Attorney for defendant Kia Motors America, Inc.)

Brandon C. Prosansky
Barone & Jenkins, PC
635 Butterfield Road
Suite 145
Oakbrook Terrace, IL 60181
630-472-0037
Email: Brandon.prosansky@bkfn.com
(Attorney for defendant Kia Motors America, Inc.)

Roger Hudson Stetson
Barack, Ferrazzano, Kirschbaum, Perlman & Nagelberg
200 West Madison Street
Suite 3900
Chicago, IL 60606
312-984-3100
Email: roger.stetson@bfkn.com
(Attorney for defendant Kia Motors America, Inc.)

Jeffrey Hoke Bergman
Ungaretti & Harris LLP
3500 Three First National Plaza
Chicago, IL 60602
312-977-4402
312-977-4405 (fax)
Email: jbergman@uhlaw.com
(Lead attorney for defendant VW Credit, Inc.)

Richard Scott Alsterda
Ungaretti & Harris LLP
3500 Three First National Plaza
Chicago, IL 60602
312-977-9203
Emai: rsalsterda@uhlaw.com
(Attorney for defendant VW Credit, Inc.)

William R. Roberts, Asst. State's Attorney
Paul F. Bruckner, Asst. State's Attorney
DuPage County State's Attorney's Office
503 N. County Farm Road
Wheaton, Illinois 60187
630-407-8200
(Attorneys for Steven Steltner)