**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1**
**Eastern Division**

David Kramer, et al.
                    Plaintiff,

v.
                                                 Case No.: 1:08−cv−02530
                                                 Honorable Ruben Castillo

Steven Stelter, et al.
                    Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, July 22, 2008:

      MINUTE entry before the Honorable Ruben Castillo:Status hearing held on 7/22/2008. Defendant VW Credit Inc.'s motion for leave to file brief in excess of 15 pages [39] is granted. Defendant Stelter's motion for leave to file statement of compliance [47] is granted. Defendant Pugliani's oral motion for leave to file appearance and join the motions to dismiss is granted. Plaintiffs' response to defendants' motions to strike/dismiss [35],[37],[40],[42],[45] is due on or before 8/19/2008. Defendants' replies will be due on or before 9/9/2008. The Court will rule by mail. Plaintiffs' motion for leave to amend the complaint [50] is entered and continued generally.Mailed notice(rao, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.