U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                          Case Number: 08 CV 2530

DAVID KRAMER, Individually, and as the President and Sole
Owner of CERTIFIED CAR SALES, LLC., a Missouri Limited
Liability Company
     v.
SHERIFF'S DEPUTY STEVEN STELTER; et al,

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

    DOMINIC L. PUGLIANI

| | |
|---|---|
| NAME (Type or print) <br> PAUL E. KELLY | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) <br> s/ Paul E. Kelly | |
| FIRM <br> KELLY & KING, P.C. | |
| STREET ADDRESS <br> 20 North Clark Street, Suite 2900 | |
| CITY/STATE/ZIP <br> Chicago, Illinois 60602 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) <br> 1437356 | TELEPHONE NUMBER <br> 312-553-5290 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓    NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐    NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓    NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓    NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. <br> RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐ | |