## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
### Eastern Division

David Kramer, et al.

                    Plaintiff,

v.

Steven Stelter, et al.

                    Defendant.

Case No.: 1:08−cv−02530
Honorable Ruben Castillo

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, July 24, 2008:

      MINUTE entry before the Honorable Ruben Castillo:This Court's July 22, 2008 order is modified as follows: Plaintiffs' response to the motions to dismiss should only address the issue of Res Judicata. Plaintiffs' response will be due 8/19/2008. Defendants' replies will be due 9/9/2008. The Court will rule by mail.Mailed notice(rao, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.