# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| | |
|---|---|
| In the Matter of | Case Number: **08 C 2530** |
| **David Kramer** | **Judge Castillo** |

v.

**Sheriff's Deputy Steven Stelter, et al.**

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY

**Defendant: John P. Creedon**

| |
|---|
| NAME (Type or print) <br> **Alice E. Keane** |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) <br> **s/Alice E. Keane** |
| FIRM <br> **Office of the Illinois Attorney General** |
| STREET ADDRESS <br> **100 W. Randolph Street, 13th Fl.** |
| CITY/STATE/ZIP <br> **Chicago, IL  60601** |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) <br> **6216333** | TELEPHONE NUMBER <br> **(312) 814-3711** |
|---|---|

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ■ | NO G |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES G | NO ■ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ■ | NO G |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | | YES ■ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL G      APPOINTED COUNSEL G