IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| **DAVID KRAMER,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | No. 08 C 2530 |
| v. | ) | |
| | ) | Judge Ruben Castillo |
| **SHERIFF'S DEPUTY STEVEN STELTER,** | ) | |
| **et al.,** | ) | |
| | ) | |
| **Defendants.** | ) | |

## NOTICE OF MOTION

TO: **All Parties of Record**

    PLEASE TAKE NOTICE that on August 6, 2008, at 9:45 a.m., or as soon thereafter as counsel may be heard, I shall appear before the Honorable Judge Ruben Castillo, or whomever may be sitting in his stead, Room 2141, in the U.S. District Court, Northern District of Illinois, Eastern Division, 219 South Dearborn Street, Chicago, Illinois 60604, and then and there present the attached DEFENDANT'S MOTION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE PLEAD, a copy of which is herewith served upon you.

| | |
|---|---|
| LISA MADIGAN | */s/ Alice E. Keane* |
| Attorney General of Illinois | ALICE E. KEANE |
| | Assistant Attorney General |
| | 100 West Randolph St., 13th floor |
| | Chicago, Illinois 60601 |
| | 312/814-3711 |

## CERTIFICATE OF SERVICE

    The undersigned attorney deposes and states that a copy of the foregoing was served upon the above named by e-mailing same via CM/ECF Filing at his/her e-mail address on file on the 1st day of August, 2008.

                                                                          */s/ Alice E. Keane*
                                                                          Assistant Attorney General