IN THE
UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| DAVID KRAMER, Individually, and as the President and Sole Owner of CERTIFIED CAR SALES, LLC, a Missouri Limited Liability Company, | ) ) ) ) | |
| Plaintiffs, | ) | |
| v. | ) ) | Case No. 08 CV 2530 |
| SHERIFF'S DEPUTY STEVEN STELTER; Individually and as a Deputy of the DuPage County Sheriff's Office; et al | ) ) ) | Honorable Ruben Castillo District Judge |
| Defendants. | ) ) | Honorable Arlander Keys Magistrate Judge |

## NOTICE OF MOTION

To:   See attached service list

On August 12, 2008 at 9:45 a.m. or as soon thereafter as counsel may be heard, I shall appear before the Honorable Ruben Castillo, District Judge or any judge sitting in his stead, or the judge sitting in his stead in Courtroom No. 2141 which is usually occupied by him in the Dirksen Federal Building, 219 South Dearborn Street, Chicago, Illinois, and shall then and there present the attached and request a hearing instanter as to the **Motion to Reschedule.**

/s/ Stephen M. Komie
Stephen M. Komie
Attorney for Plaintiffs
Komie and Associates
One North LaSalle Street, Suite 4200
Chicago, Illinois 60602
312/263-2800

## CERTIFICATE OF SERVICE

The undersigned, being first duly sworn, deposes and states that a true and correct copy of the attached Notice of Motion and Motion to Reschedule was served upon the below named party(ies) using the CM/ECF system on August 7, 2008.

/s/ Stephen M. Komie

SERVICE LIST

Attorneys for ANTHONY J. COLANDO SR, not individually but as Executor of the Estate of Michael J. Colando and D&M Auto Sales, Inc.

James J. Roche
James J. Roche & Associates
642 N. Dearborn Street
Chicago, Illinois 60610
312/335-0044
jroche@jjroche.net

Kelly M. Kachmarik
James J. Roche & Associates
642 N. Dearborn Street
Chicago, Illinois 60610
312/335-0044
kmkachmarik@jjroche.net

Justyna A. Ziolo
James J. Roche & Associates
642 N. Dearborn Street
Chicago, Illinois 60610
312/335-0044
jkolodziej@jjroche.net

Attorneys for Steven Stelter
Joseph E. Birkett, DuPage County State's Attorney
William R. Roberts, ASA
503 N. County Farm Road
Wheaton, IL 60187
william.roberts@dupageco.org

Attorneys for VW Credit, Inc.
Jeffrey Hoke Bergman
Ungaretti & Harris LLP
3500 Three First National Plaza
Chicago, IL 60602
jbergman@uhlaw.com

Richard Scott Alsterda
Ungaretti & Harris LLP
3500 Three First National Plaza
Chicago, IL 60602
rsalsterda@uhlaw.com

Attorneys for KIA MOTORS AMERICA, INC.

Roger H. Stetson
Barack Ferrazzano Kirschbaum & Nagelberg, LLP
200 W. Madison Street, Suite 3900
Chicago, Illinois 60606
312/984-3100
roger.stetson@bfkn.com

Randall Lee Oyler
Barack Ferrazzano Kirschbaum & Nagelberg, LLP
200 W. Madison Street, Suite 3900
Chicago, Illinois 60606
312/984-3100
randall.oyler@bfkpn.com

Brandon C. Prosansky.
Barack Ferrazzano Kirschbaum & Nagelberg, LLP
200 W. Madison Street, Suite 3900
Chicago, Illinois 60606
312/984-3100
brandon.prosansky@bfkn.com

Attorneys for Pugi Kia, LLC, Dominic Pugliani, Larry M. Hall and Dominic Mancini

Paul E. Kelly
Kelly & King, P.C.
20 North Clark Street
Suite 2900
Chicago, IL 60602
pek@kellykinglaw.com

David Laurence King
Kelly & King, P.C.
20 North Clark Street
Suite 2900
Chicago, IL 60602
dlk@kellykinglaw.com

Michael Kellett McConville
Kelly & King, P.C.
20 North Clark Street
Suite 2900
Chicago, IL 60602
mkm@kellykinglaw.com