UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

DAVID KRAMER, Individually, and as the )
President and Sole Owner of CERTIFIED )
CAR SALES, LLC., a Missouri Limited )
Liability Company, )
                     Plaintiff, )
v. )    Case No. 08 CV 2530
)
SHERIFF'S DEPUTY STEVEN STELTER;)     Judge Castillo
Individually and as a Deputy of the )     Magistrate Judge Keys
DuPage County Sheriff's Office; JOHN P. )
CREEDON, Individually and as Director )
Of the Tri-County Auto Theft Unit; )
MICHAEL J. COLANDO, deceased, )
Individually and as a member of PUGI )
KIA, LLC and as the President and sole )
Owner of D & M AUTO SALES, INC.; )
DOMINIC L. PUGLIANI, Individually, )
and as a member of PUGI KIA, LLC; )
LARRY M. HALL, Individually and as a )
Manager of PUGI KIA, LLC; ANTHONY )
J. COLANDO, Jr., Individually and as a )
Manager of PUGI KIA, LLC; ANTHONY )
J. COLANDO, Sr., not individually but as )
named executor in his capacity as executor )
of the estate of MICHAEL J. COLANDO, )
*deceased*; DOMINIC MANCINI, )
Individually and as an attorney; PUGI KIA, )
LLC; D & M AUTO SALES, INC.; KIA )
MOTORS AMERICA, INC.; )
VW CREDIT, INC., )
                     Defendants. )

## OBJECTION TO PLAINTIFF'S MOTION TO RESCHEDULE

Defendants DOMINIC PUGLIANI, LARRY HALL, DOMINIC MANCINI, and PUGI KIA, LLC by their attorneys, KELLY & KING, P.C., objects to Plaintiff's Motion to Reschedule for the following reasons.

1. At the July 22, 2008 hearing, this Court specifically discussed with the parties the very issue that Plaintiff now claims was not discussed, i.e., whether to allow Plaintiff time to file an Amended Complaint and then brief and decide Defendants' pending motions to dismiss, or to first brief and decide the pending motions.

2. Counsel for Pugliani, et al., argued that an amended complaint could not cure the res judicata defect and that if the motions to dismiss based on res judicata were successful, there would be no occasion to file an amended complaint.

3. This Court ruled that the parties should first brief the res judicata issue. This court entered and continued Plaintiff's motion for leave to amend the complaint generally and indicated that it would rule on the res judicata issue by mail.

WHEREFORE, Defendants, DOMINIC PUGLIANI, LARRY HALL, DOMINIC MANCINI, and PUGI KIA, LLC request that Plaintiff's motion to reschedule be denied, insofar as it requests that he be first allowed to amend his complaint prior to deciding the res judicata motions to dismiss.

Respectfully submitted,

s/ Paul E. Kelly
One of the Attorneys for Defendants
DOMINIC PUGLIANI, LARRY HALL,
DOMINIC MANCINI and
PUGI KIA, LLC

Paul E. Kelly, ARDC No. 1437356
David L. King, ARDC No. 3128899
M. Kellett McConville, ARDC No. 6290167
KELLY & KING, P.C.
20 North Clark Street, Suite 2900
Chicago, Illinois 60602
312-553-5290
(Fax) 312-553-5291

## PROOF OF SERVICE

I, Paul E. Kelly, attorney for Defendants, Dominic Pugliani, Larry Hall, Dominic Mancini and Pugi Kia, LLC, certify that I have served a copy of the foregoing **OBJECTION TO PLAINTIFF'S MOTION TO RESCHEDULE** to:

Each attorney listed on the attached Service List

electronically on August 8, 2008 at or before 5:00 p.m.

                                      s/ Paul E. Kelly
                                      One of the Attorneys for Defendants
                                      DOMINIC PUGLIANI, LARRY HALL,
                                      DOMINIC MANCINI and
                                      PUGI KIA, LLC

Paul E. Kelly, ARDC No. 1437356
David L. King, ARDC No. 3128899
M. Kellett McConville, ARDC No. 6290167
KELLY & KING, P.C.
20 North Clark Street, Suite 2900
Chicago, Illinois 60602
312-553-5290
(Fax) 312-553-5291

(Rev 8-8-08)

## SERVICE LIST

David Kramer, Individually and as the President and Sole Owner of Certified Car Sales, LLC, a Missouri Limited Liability Company v. Sheriff's Deputy Steven Stelter, Dominic Pugliani, Pugi Kia, LLC, Dominic Mancini, et al. - Court No. 08 CV 2530

**Attorney for Plaintiff**
Stephen M. Komie
Jeannie Gallucci
KOMIE AND ASSOCIATES
One North LaSalle Street, Suite 4200
Chicago, Illinois 60602
312-263-2800
stephen_m_komie@komie-and-associates.com
jgallucci@komie-and-associates.com

**Attorneys for Defendant Kia Motors America, Inc.**
Roger Hudson Stetson
Randall Lee Oyler
Brandon C. Prosansky
BARACK FERRAZZANO KIRSCHBAUM & NAGELBERG LLP
200 West Madison Street, Suite 3900
Chicago, Illinois 60606
312-984-3100 - **Fax 312-984-3150**
roger.stetson@bfkn.com
randall.oyler@bfkpn.com
brandon.prosansky@bfkn.com

**Attorneys for Defendants Anthony J. Colando, Sr. & D & M Auto Sales, Inc.**
James J. Roche
Justyna A. Ziolo
Kelly M. Kachmarik
JAMES J. ROCHE & ASSOCIATES
642 North Dearborn Street
Chicago, Illinois 60610
312-335-0044 - **Fax 312-335-9009**
jroche@jjroche.net
kmkachmarik@jjroche.net
jziolo@jjroche.net

**Attorneys for Defendant VW Credit, Inc.**
Jeffrey H. Bergman
R. Scott Alsterda
UNGARETTI & HARRIS LLP
3500 Three First National Plaza
70 West Madison Street
Chicago, Illinois 60602
312-977-4402 - **Fax 312-977-4405**
jbergman@uhlaw.com
rsalsterda@uhlaw.com

(Rev 8-8-08)

**Attorneys for DuPage Couty Sheriff's Deputy Steven Stelter**
Paul F. Bruckner, Assistant DuPage County State's Attorney
William R. Roberts, Assistant DuPage County State's Attorney
JOSEPH E. BIRKETT, DuPage County State's Attorney
DuPage County State's Attorney's Office
503 North County Farm Road
Wheaton, IL 60187
630-407-8200 - **Fax 630-407-8151**
william.roberts@dupageco.org
paul.bruckner@dupageco.org

**Attorneys for John P. Creedon, Individually and as Director of Tri-County Auto Theft Unit**
Alice E. Keane, Assistant Attorney General
James Lang, Assistant Attorney General
LISA MADIGAN, Illinois Attorney General
General Law Bureau
100 W. Randolph Street, 13th Floor
Chicago, IL 60601
Alice E. Keane - 312-814-3711 - **Fax 312-814-4425**
James Lang - 312-814-5694 - **Fax 312-814-4425**
akeane@atg.state.il.us
jlang@atg.state.il.us


**Attorneys for Dominic Pugliani, Larry M. Hall, Dominic Mancini and Pugi Kia, LLC.**
Paul E. Kelly, ARDC No. 1437356
David L. King, ARDC No. 3128899
M. Kellett McConville, ARDC No. 6290167
KELLY & KING, P.C.
20 North Clark Street, Suite 2900
Chicago, Illinois 60602
312-553-5290 - **(Fax) 312-553-5291**
pek@kellykinglaw.com
dlk@kellykinglaw.com
mkm@kellykinglaw.com