## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
### Eastern Division

David Kramer, et al.

                         Plaintiff,

v.                                        Case No.: 1:08−cv−02530
                                             Honorable Ruben Castillo

Steven Stelter, et al.

                         Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, August 19, 2008:

      MINUTE entry before the Honorable Ruben Castillo:Motion hearing held on 8/19/2008. Plaintiff's motion to reschedule [62] is granted. Plaintiffs' response to Defendants' motions to dismiss on the issue of res judicata is due 9/26/2008. Defendants' replies will be due on or before 10/10/2008. The Court will rule by mail.Mailed notice(rao, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.