UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.2.2
Eastern Division

David Kramer, et al.
                          Plaintiff,

v.                                             Case No.: 1:08−cv−02530
                                               Honorable Ruben Castillo

Steven Stelter, et al.
                          Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, September 8, 2008:

      MINUTE entry before the Honorable Ruben Castillo:Defendant Creedon is given until 9/17/2008 to file a brief on the res judicata argument or adopt the briefs of his co−defendants. Plaintiffs' response to Defendants' motions to dismiss on the issue of res judicata is due on or before 10/6/2008. Defendants' replies will be due on or before 10/20/2008. The court will rule by mail. Final extension. Motion hearing set for 9/9/2008 is vacated.Mailed notice(rao, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.